# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMANDA RAMIREZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>ROWAN, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 1:22-cv-22525-BB<br><br>Hon. Judge Beth Bloom |

## NOTICE OF SETTLEMENT

Plaintiff, Amanda Ramirez and Defendant, Rowan, Inc., hereby give written notice to the Court, pursuant to Local Rule 16.4 and the individual rules of this Court, that the parties have reached an agreement in principle to resolve all of the issues raised in this dispute. The parties respectfully request that the Court hold in abeyance all deadlines set forth in the scheduling order dated October 11, 2022 (Dkt. No. 12) while the parties work to finalize the settlement.

Dated:　November 1, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Andrew J. Shamis*
　　　　　　　　　　　　　　　　　　　　　　　Andrew J. Shamis
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 101754
　　　　　　　　　　　　　　　　　　　　　　　Garrett O. Berg
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 100042
　　　　　　　　　　　　　　　　　　　　　　　Shamis & Gentile P.A.
　　　　　　　　　　　　　　　　　　　　　　　14 NE 1st Ave., Suite 705
　　　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33132
　　　　　　　　　　　　　　　　　　　　　　　(312) 857-7070 (telephone)
　　　　　　　　　　　　　　　　　　　　　　　ashamis@shamisgentile.com
　　　　　　　　　　　　　　　　　　　　　　　gberg@shamisgentile.com

    /s/ *Scott Edelsberg*
Scott Edelsberg
Florida Bar No. 0100537
Christopher Gold
Florida Bar No. 088733
Edelsberg Law, P.A.
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
(786) 289-9471 (telephone)
scott@edelsberglaw.com
chris@edelsberglaw.com

*Attorneys for Plaintiff Amanda Ramirez*


    /s/ *Matthew C. Luzadder*
Matthew C. Luzadder
Florida Bar No. 11286
Kelley Drye & Warren LLP
333 W. Wacker Dr., 26th Floor
Chicago, IL 60606
(312) 857-7070 (telephone)
(312) 857-7095 (facsimile)
mluzadder@kelleydrye.com

*Attorneys for Defendant Rowan, Inc.*